AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Rawsthorne Telephone: (810) 766-5177
Special Agent: Trainer Telephone: (313) 771-6601

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Nikolas James Clark,

Case: 1:26-mj-30558
Judge: Morris, Patricia T.
Filed: 09-10-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 23, 2025-July 28, 2026 in the county of Saginaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | attempted coercion and enticement of a minor |
| 18 U.S.C. § 2251(a) | sexual exploitation of a minor |
| 18 U.S.C. § 2252A(a)(2) | receipt and/or distribution of child pornography |

This criminal complaint is based on these facts:

There is probable cause to believe that Nikolas James Clark violated 18 U.S.C. §§ 2422(b) (attempted coercion and enticement of a minor), 2251(a) (sexual exploitation of a minor), 2252A(a)(2) (receipt and/or distribution of child pornography), 2252A(a)(5)(B) (possession of and/or access with intent to view child pornography), and 18 U.S.C. § 1470 (transfer of obscene material to a minor).

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Laura Trainer, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 10, 2026

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Laura Trainer, being first duly sworn, state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent for HSI since March 2007. While employed as a Special Agent by HSI, I was assigned to the Cyber Crimes Group for approximately 7 years and have investigated and assisted with investigations related to child exploitation and child pornography. I have received training in child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. In June 2019, I successfully completed the Internet Crimes Against Children (ICAC) Undercover Chatting Investigations training held in Fairfax, Virginia. In August 2020, I attended the Crimes Against Children Conference hosted virtually by the Dallas Children's Advocacy Center.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Nikolas James Clark for violations of 18 U.S.C. §§ 2422(b) (attempted coercion and enticement of a minor), 2251(a) (sexual exploitation of a minor), 2252A(a)(2) (receipt and/or distribution of child pornography), 2252A(a)(5)(B) (possession of and/or access with intent to view

child pornography), and 18 U.S.C. § 1470 (transfer of obscene material to a minor).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for Nikolas James Clark.

## II. PROBABLE CAUSE

4. On July 28, 2026, Michigan State Police (MSP) executed a search warrant at Clark's residence in Freeland, Michigan. Nikolas Clark had been developed as a suspect involving the potential sexual exploitation of MV1, a minor born in 2014 who resided in Howell, Michigan.

5. Nikolas Clark was encountered by law enforcement at the residence. Clark agreed to speak with D/Trp/Spl Hedglen and D/Trp/Spl Kwaitkowski, officers involved in the investigation. Clark provided his full name, date of birth,

cell phone number and email address. Prior to questioning Clark was advised of his *Miranda* Rights, which he agreed to waive and continue speaking with law enforcement. Clark explained he had met MV1 online and made the decision to try to get MV1 to understand the dangers of the internet. Clark advised after meeting MV1, he began speaking with her mother. According to Clark, MV-1's mother allowed him to hang out at their residence in Howell and he saw MV1 frequently. Nikolas clarified he met MV1 via the Snapchat application, however, didn't remember MV1's Snapchat account.

6. Clark additionally stated MV1's mother invited him to their house and invited him to hang out with MV1. He stated he went to MV1's residence approximately ten different times. When asked what he and MV1 would do when they spend time together, he stated they would sit, play the board game "The Game of Life", talk about sports, and school.

7. D/Trp/Spl Hedglen showed Clark child erotica images of MV1 that MV1 previously sent to him and he identified MV1. He admitted MV1 sent images of that nature to numerous people online and agreed the images were sexually suggestive. Clark recalled receiving some of the images of MV1 that were shown to him. Clark stated he had an iPhone 15 with Verizon wireless service and provided the password for the device. When asked if he ever requested images similar to the images that were already showed him from MV1, Clark stated he

never asked MV1 for any pictures and denied having any physical contact with MV1 other than MV1 sitting on him or hugging him. D/Trp/Spl Hedglen showed Clark a picture of what appeared to be MV1 sitting on his lap in what appeared to be the back seat of a vehicle. Clark admitted the picture was of him and MV1 in his car during the winter within the last year. Clark also admitted to going inside MV1's residence at night on two occasions. D/Trp/Spl Hedglen showed Clark another image of a person who appeared to be MV1 wrapped under Clark's left arm with a pink filter over the picture. Clark stated that image was taken at his house. He explained that MV-1's mother told Clark to pick MV1 up and gave her permission to stay at Clark's house for the weekend. Clark stated MV-1's mother told him MV1's father and her were arguing, and she didn't want MV1 home. He then clarified this incident occurred in the winter of last year. Clark admitted MV1 stayed the night at his residence, and his parents were also aware. Clark stated MV1 fell asleep in his bedroom, and he went to his gaming room. At some point he told MV1 to sleep downstairs on couch. Clark stated he went downstairs the next morning and MV1 was already awake and told him they did not sleep well. Clark then took MV1 home and dropped MV1 off in their driveway.

8. Clark was shown another image of a person who appeared to be MV1 in pajamas lying across Clark's chest. Clark admitted this photo was also taken in his bedroom when MV1 stayed the night at his house. Clark could not remember

if the photo was taken at night or during the next morning. He stated prior to the photo being taken MV1 asked to take the picture while she was laying on top of him because it was cute. Clark stated MV-1's mother encouraged his relationship with MV1, and he thought it was crazy she was ok with it.

9. D/Tpr/Spl Hedglen read Clark a message from MV1 describing that when Clark picked MV1 up, he put his hand on MV1's thigh. Clark denied touching MV1's thigh and was adamant he never touched MV1 in a sexual manner. D/Trp/Spl Hedglen read additional messages between Clark and MV1 found on a tablet previously seized from MV1's residence where Clark told MV1 to send more images of themselves.

10. MSP D/Tpr/Spl Sherwood was in possession of Clark's phone inside his residence. D/Tpr/Spl Sherwood advised D/Tpr/Spl Hedglen that he located evidence of Child Sexually Abusive Activity (CSAA) on Clark's phone. D/Tpr/Spl Sherwood showed D/Tpr/Spl Hedglen a screen recording saved in a hidden folder on Clark's phone from the Ome-TV App (the Omegle application). The video was a screen recording of a livestream depicting what appeared to be two prepubescent females in what appeared to be an inflatable pool in what appeared to be in a garage. Clark's face is observed during said screen recording. One of the prepubescent females is observed exposing her breasts. Twice during the livestream Clark pans the camera towards his exposed and erect penis. The chat

messages from Clark during the livestream include requests, “show your ass” and “show your ass bruh”. The females appeared to be between the ages of 8 and 12 years old based on their lack of breast development and overall size and appearance.

11. D/Tpr/Spl Hedglen asked Clark about the video that was found on his cell phone, to which Clark admitted the screen recording was from Omegle, Ome-tv. Clark explained there were originally three females in the livestream in a room. The females said they were going in the hot tub and then they asked to see his penis. When Clark was reminded that he asked the females to expose themselves and that the video shows he sent this request via a chat message he advised he did not remember that. Clark admitted he was an adult and should not behave that way with children. Clark advised he did not know why he behaved that way and suggested it may be an issue with his head that is not wired correctly. Clark stated he was not attracted to children “lovewise”; however, had an appreciation for them and can relate to children. He stated he had a hard time with friendships, relationships, and sexual relationships as he is 22 years old and had lack of sexual contact. When asked if additional child sexually abusive material would be discovered on his electronic devices he stated possibly, however was unsure.

12. Clark maintained throughout the interview that he was not sexually attracted to MV1 and never touched her sexually but admitted his relationship with MV1 was "out of boundaries". Clark promised he did not touch MV1 sexually, that his penis never came out of his pants and he did not force MV1 to do anything. He stated he never asked MV1 to touch him and he did not touch MV1's genitals. Clark stated he only hugged MV1, his hands never touched under MV1's clothes, and MV1's hands never touched under his clothes. When asked how many images of his penis MV1 has seen, he stated, "I don't know". He then admitted to sending MV1 a picture of his penis and that it was a mistake. He then admitted anything sexual in nature with MV1 occurred over the phone, and he did not force MV1 into anything.

13. A forensic analysis was performed on Clark's Apple iPhone. The email associated with the device was "clarknick21@icloud.com", the owner name associated with the device was "Nick Clark" and the phone number associated with the device was "+1 (989) 439-5920". Three videos and three images depicting child sexual abuse material (CSAM) were located on the device including:

**Video #1**

This video is approximately six minutes and twenty-two seconds, and was created on July 22, 2026 at 6:34:56 AM. Clark's face can be seen on the screen watching and directing two prepubescent females to "wear nothing", "hurry up" and "show ass bruh" as he shows his exposed, erect penis to them on the camera. The females show their bare breasts and buttocks.

**Video #2**

This video is approximately eighteen seconds, and was created on May 5, 2026 at 2:51:46 AM. The video depicts a prepubescent female bending over a pillow on a bed exposing her vagina and buttocks as she rubs and penetrates her vagina with her hands/fingers and spreads her buttocks.

**Video #3**

This video file is approximately twenty-three seconds in length, and was created on February 27, 2026 at 1:06:33 PM. The video depicts a minor female sitting on beige colored carpet rubbing and penetrating her vagina with her fingers. Numerous videos/images of the same minor female described above were observed with her wearing lingerie, posing in sexual positions and are sexually suggestive in nature.

**Image #1**

This is an image file depicting a compilation of twenty separate videos/images that was created on November 23, 2025 at 7:49:41 PM. The compilation of videos/images depict infants being orally, vaginally, and anally penetrated by adult male penises.

**Image #2**

This is an image file was created on June 5, 2026 at 10:15:39 PM, and depicts an adult male standing nude in a shower orally penetrating a nude, prepubescent female on her knees in front of him.

**Image #3**

This is an image file was created on November 23, 2025 at 7:49:41 PM, and depicts what appears to be a prepubescent female who is nude from the waist down and bent over at the waist. The leg and stomach of what appears to be an adult male is observed making skin to skin contact with the females' vagina/buttocks. The angle of the image suggests it was taken by the male.

## III. CONCLUSION

14. I respectfully submit that there is probable cause to believe that Nikolas James Clark violated 18 U.S.C. §§ 2422(b) (attempted coercion and enticement of a minor), 2251(a) (sexual exploitation of a minor), 2252A(a)(2)

(receipt and/or distribution of child pornography), 2252A(a)(5)(B) (possession of and/or access with intent to view child pornography), and 18 U.S.C. § 1470 (transfer of obscene material to a minor).

15. Wherefore by this affidavit and application, I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Nikolas James Clark.

Respectfully submitted,

Laura L. Trainer, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and signed in my presence and/or by reliable electronic means on this 10 th day of September 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge